Donald K. McLean, AKSB No. 0403006
BAUER MOYNIHAN & JOHNSON LLP
2101 4th Avenue - 24th Floor
Seattle, WA 98121
Telephone: (206) 443-3400
Facsimile: (206) 448-9076
dkmclean@bmjlaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOOM BOYS CRANES, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>HAMILTON CONSTRUCTION, L.L.C., an Alaska limited liability company,<br><br>Defendant. | Case No. |

## **COMPLAINT FOR DAMAGES AND REPLEVIN**

Plaintiff Boom Boys Cranes, LLC ("Boom Boys") alleges and claims as follows:

### I. JURISDICTION

1. This Court has subject matter jurisdiction over this case pursuant to the Court's diversity jurisdiction under 28 USC § 1332. Boom Boys is a Washington limited liability company and citizen of the state of Washington, and the members of which are all corporations and a limited liability company incorporated in and also citizens of the state of Washington. Defendant Hamilton Construction, L.L.C. ("Hamilton") is a limited liability company incorporated in the state of Alaska, and the sole member of which is a citizen of the state of Alaska. The amount in controversy exceeds the sum of $75,000, excluding interest and costs.

COMPLAINT FOR DAMAGES AND REPLEVIN  *Boom Boys v. Hamilton Construction*
Page **1** of **7**  Case No.

Case 3:21-cv-00062-HRH   Document 1   Filed 03/22/21   Page 1 of 7

2. This Court has personal jurisdiction over Hamilton which resides in the state of Alaska and in this district.

## II. PARTIES

3. Boom Boys is a Washington limited liability company doing business in the state of Washington and with its principal place of business in Seattle, Washington. The members of Boom Boys are: (1) Green Water Marine, Inc., a corporation incorporated under the laws of the state of Washington with its principal place of business in the state of Washington; (2) KRS Marine, LLC, a limited liability company incorporated in the state of Washington, the members of which are Green Water Marine, Inc. and Blue Barge Charter, Inc., each of which is a corporation incorporated under the laws of the state of Washington with its principal place of business in the state of Washington; and (3) Lake Bargerat, LLC, a limited liability company incorporated in and with its principal place of business in the state of Washington, and the members of which are all citizens of the state of Washington.

4. Hamilton is an Alaska limited liability company doing business in the state of Alaska with its principal place of business in Anchorage or Skagway, Alaska, and whose sole member is Jeff Hamilton, a resident and citizen of the state of Alaska.

## III. VENUE

5. Venue is proper in this Court under 28 U.S.C. §1391(b). Hamilton's principal place of business and residence is in this district. The subject matter of this dispute, the Manitowoc crane leased by Boom Boys, was used in and is currently located in this district. A substantial part of the events or omissions giving rise to this dispute also occurred in this district.

## IV. FACTS

6. On December 11, 2015, Boom Boys and Hamilton entered into a Rental Agreement for the lease of certain equipment, a Manitowoc 4100 Series II crane, Serial

ATTORNEYS AT LAW
BAUER
MOYNIHAN &
JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

Number 41473, with boom and load block ("Equipment").  The Equipment was originally intended for use in Hamilton's contract with the City of Seward, Alaska for certain harbor improvements, initially estimated to last approximately one year, but thereafter the crane was used by Hamilton for both that contract and other work in Seward and elsewhere in Alaska.  A true copy of the Rental Agreement dated December 11, 2015 and executed by the parties is attached hereto as Exhibit A ("Agreement") and incorporated herein by reference.

7. Under the terms of the Agreement, Hamilton agreed to lease and use the Equipment, valued at $750,000.00, in exchange for payment of rent in the amount of $20,000 per month in advance based on a 176-hour month and adjusted upward for greater hours actually used, and performance of inspection, maintenance, repair and other obligations as set forth in the Agreement.  The term of the Agreement is indefinite in duration and ends when the Equipment is returned in good condition to Boom Boys' equipment yard in Seattle, Washington, and under the Agreement late payments accrue interest at the maximum legal rate.  Under the terms of the Agreement, Hamilton also agreed to pay all transportation charges to transport the Equipment from Seattle, Washington to Alaska for its use during the lease term and to transport the Equipment back from Alaska to Seattle, Washington at the completion of the lease.  The Agreement further includes an option to purchase the Equipment at any time during the first 12 months of the lease period, but the purchase option was not exercised by Hamilton and expired on December 14, 2016.

8. Boom Boys delivered the Equipment to Hamilton in Seattle, Washington, and Hamilton arranged for and transported the Equipment at its cost and expense to Seward, Alaska initially for use in Hamilton's work for the City of Seward SMIC Harbor Improvements – Phase 1 Breakwater Project No. 2015-1163.  Hamilton used the Equipment during the entire time period of that project, which was completed on or about

ATTORNEYS AT LAW
BAUER
MOYNIHAN &
JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

COMPLAINT FOR DAMAGES AND REPLEVIN  *Boom Boys v. Hamilton Construction*
Page **3** of **7**  Case No.

Case 3:21-cv-00062-HRH   Document 1   Filed 03/22/21   Page 3 of 7

June 12, 2019.  Hamilton thereafter continued to use the Equipment for a subsequent project, the South Seward Harbor Launch Ramp Renovation Project, which was completed on or about August 21, 2019.

9. Boom Boys fully performed its obligations under the terms of the Agreement.

10. Hamilton has failed to make any payments due since October 2019, which were applied to charges owed at that time through November 2018.  Boom Boys has invoiced Hamilton for all amounts due under the Agreement for accrued lease charges, and on October 30, 2020 Boom Boys made a formal written demand to Hamilton for payment of all amounts owed but Hamilton has refused to make any of the payments owed.  Hamilton has defaulted on and materially breached the Agreement and contract.

11. Under the terms of the Agreement, upon default Boom Boys has the right to cancel or terminate the Agreement, take possession of the Equipment, and return the Equipment to its yard in Seattle, Washington, all at Hamilton's sole cost and expense. Under the terms of the Agreement, time is of the essence and Boom Boys is entitled to collect all sums due and payable, including transportation expenses, accrued interest, reasonable attorneys' fees, and costs.

12. Hamilton owes Boom Boys at least $580,000 through March 2021, with an additional $20,000 per month owed beginning April 1, 2021 until the Equipment is returned in good condition to Boom Boys' yard in Seattle, Washington, plus the costs of transportation of the Equipment from Alaska to Seattle, Washington, accrued interest at the maximum legal rate, any additional amounts owed under the Agreement for excess hours of use or other charges incurred, and Boom Boys' reasonable attorneys' fees and costs incurred.

## V.  UCC LEASE – BREACH OF CONTRACT

13. Boom Boys re-alleges and incorporates herein paragraphs 1-12, above.

ATTORNEYS AT LAW  
BAUER MOYNIHAN & JOHNSON LLP  
2101 FOURTH AVENUE  
SUITE 2400  
SEATTLE, WA 98121  
(206) 443-3400  
FAX (206) 448-9076

14. The Agreement is a lease of goods under the Uniform Commercial Code, under both Washington and Alaska law, RCW 62A.2A and AS 45.12. Hamilton has defaulted and materially breached the Agreement and contract by failing to make payments when due, and Boom Boys is therefore entitled to all remedies under the Uniform Commercial Code, RCW 62A.2A-523 *et seq.* and AS 45.12.523 *et seq.*, and under the terms of the Agreement, including cancellation or termination of the Agreement, taking possession of the Equipment, and recovery of all amounts owed.

## V. UNJUST ENRICHMENT

15. Boom Boys re-alleges and incorporates herein paragraphs 1-14, above.

16. Hamilton's unlawful possession and use of the Equipment without making lease payments as required by the Agreement has unjustly enriched Hamilton in the amount of at least $20,000 per month for all unpaid months totaling at least $580,000 up to March 31, 2021, plus all future months until the Equipment is surrendered, possession relinquished, and the Equipment is redelivered to Boom Boys and in its sole possession, plus transportation expenses to return the Equipment to Seattle, Washington, accrued interest, reasonable attorneys' fees, and costs.

## VI. WRIT OF REPLEVIN

17. Boom Boys re-alleges and incorporates herein paragraphs 1-16, above.

18. Hamilton's default and material breach of the Agreement entitles Boom Boys to immediate possession of the Equipment under RCW 62A.2A-525 and AS 45.12.525, with or without judicial process as may be required, and Hamilton's continued possession of the Equipment is unlawful and in violation of the terms of the Agreement.

19. Hamilton's continuing unlawful possession of the Equipment continues to cause additional losses to and damages suffered by Boom Boys, and Boom Boys requests this Court's assistance and issuance of its Writ of Replevin to order Hamilton to surrender

ATTORNEYS AT LAW  
BAUER MOYNIHAN & JOHNSON LLP  
2101 FOURTH AVENUE  
SUITE 2400  
SEATTLE, WA 98121  
(206) 443-3400  
FAX (206) 448-9076

and relinquish possession of the Equipment and order its redelivery to and sole right of possession by Boom Boys.

## VII. PRAYER FOR RELIEF

ACCORDINGLY, plaintiff Boom Boys Cranes, LLC, having set forth its allegations and claims above, prays for relief against defendant Hamilton Construction, LLC, as follows:

1. Issuance of an order that Hamilton is in default and material breach of the Agreement;

2. Issuance of a Writ of Replevin ordering Hamilton to immediately surrender and relinquish possession of the Equipment and order redelivery of the Equipment to Boom Boys and in Boom Boys' sole right of possession;

3. Judgment to Boom Boys for all damages caused by Hamilton's default and material breach of the Agreement in an amount to be proved at or before trial;

4. Award of Boom Boys' reasonable attorneys' fees as set forth in the Agreement;

5. Award of prejudgment interest at the maximum legal interest rate;

6. Award of costs; and

7. Such other and further relief this Court deems just and equitable.

Dated this 19th day of March, 2021.

BAUER MOYNIHAN & JOHNSON LLP

s/ Donald K. McLean
Donald K. McLean, AKSB No. 0403006

s/ Matthew C. Crane
Matthew C. Crane, WSBA No. 18003
*Application for Admission Pro Hac Vice Pending*

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

s/ Jennifer M. Higgins
Jennifer M. Higgins, WSBA No. 54958
*Application for Admission Pro Hac Vice Pending*

Attorneys for Boom Boys Cranes, LLC

Bauer Moynihan & Johnson LLP
2101 Fourth Avenue Suite 2400
Seattle, WA 98121
Telephone: (206) 443-3400
Fax: (206) 448-9076
Email: dkmclean@bmjlaw.com
      mccrane@bmjlaw.com
      jhiggins@bmjlaw.com

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

COMPLAINT FOR DAMAGES AND REPLEVIN  *Boom Boys v. Hamilton Construction*
Page **7** of **7**  Case No.

Case 3:21-cv-00062-HRH   Document 1   Filed 03/22/21   Page 7 of 7